UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL YANNES, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>SCWORX CORP., and MARC S. SCHESSEL,<br><br>      Defendants. | Case No. 1:20-CV-03349-JGK<br><br><u>CLASS ACTION</u> |
| CAITLIN LEEBURN, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>SCWORX CORP. and MARC S. SCHESSEL,<br><br>      Defendants. | Case No. 1:20-CV-04072-JGK |

*Captions continue on next page.*

**[PROPOSED] ORDER GRANTING BHUPANDER VIRK'S MOTION FOR (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF PROPOSED LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

| | |
|---|---|
| JONATHON CHARLES LEONARD, On Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    v.<br><br>SCWORX CORP. and MARC S. SCHESSEL,<br><br>      Defendants. | Case No. 1:20-CV-04777-JMF |

WHEREAS, the above-captioned putative class actions asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") have been filed in the Southern District of New York; and

WHEREAS, Bhupander Virk ("Virk") filed a timely motion to be appointed Lead Plaintiff; and

WHEREAS, Virk has the largest financial interest in the relief sought by the Class and otherwise satisfies the requirements of Section 21D of the Exchange Act and Rule 23 of the Federal Rules of Civil Procedure; and

WHEREAS, in accordance with Section 21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Virk seeks approval of his selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class.

AND NOW THIS ____ day of _____, the Court having considered Virk's Motion For (1) Consolidation; (2) Appointment as Lead Plaintiff; and (3) Approval of Lead Counsel, and all supporting documents, and good cause appearing therefore, it is hereby **ORDERED** as follows:

## CONSOLIDATION

1. Virk's motion to consolidate the above-captioned actions (the "Consolidated Action" is GRANTED.

2. Pursuant to Fed. R. Civ. P. 42(a), the Consolidated Action is to be consolidated for all purposes, including, without limitation, discovery, pretrial proceedings, and trial.

3. Every pleading filed in the Consolidated Action shall bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: SCWORX CORPORATION SECURITIES LITIGATION | Case No. 1:20-CV-03349-JGK |
|---|---|
| | CLASS ACTION |
| This Document Relates To: | |

4.   The Civil Action No: 1:20-CV-03349-JGK shall constitute the master file for every action in the Consolidated Action.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" in the caption.  When a pleading applies only to some, but not all, of the actions the document shall list, immediately after the phrase "This Document Relates To:" the docket number for each individual action to which the document applies, along with the last name of the first listed plaintiff in that action.

5.   All related actions subsequently filed in, or transferred to, this District shall be consolidated into the Consolidated Action and subject to this order.

## LEAD PLAINTIFF

6.   The motion of Virk to serve as Lead Plaintiff in the Action is GRANTED.  Pursuant to Section 21D of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), Virk is appointed as Lead Plaintiff for the putative Class.

## LEAD COUNSEL

7.   The motion of Virk for approval of his counsel to serve as Lead Counsel is GRANTED. Pursuant to Section 21D of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Faruqi & Faruqi, LLP is approved to serve the Lead Plaintiff and the Class as Lead Counsel.

IT IS SO ORDERED.

DATED: _____

                                _____
                                HON. JOHN G. KOELTL
                                UNITED STATES DISTRICT JUDGE