```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| DANIEL YANNES, On Behalf of Himself and All Others Similarly Situated | 20-cv-3349 (JGK) |
| Plaintiff, | ORDER |
| - against - | |
| SCWORX CORP., and MARC S. SCHESSEL, | |
| Defendants. | |
| CAITLIN LEEBURN, On Behalf of Herself and All Others Similarly Situated | 20-cv-04072 (JGK) |
| Plaintiff, | |
| - against - | |
| SCWORX CORP., and MARC S. SCHESSEL, | |
| Defendants. | |
| JONATHON CHARLES LEONARD, On Behalf of Himself and All Others Similarly Situated | 20-cv-04777 (JGK) |
| Plaintiff, | |
| - against - | |
| SCWORX CORP., and MARC S. SCHESSEL, | |
| Defendants. | |

**JOHN G. KOELTL, District Judge:**

The motion to consolidate these cases is **granted** and class actions Nos. 20-cv-3349, 20-cv-04072, and 20-cv-047777 are consolidated under No. 20-cv-3349. This Order shall apply to the

consolidated action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court, and is consolidated with the consolidated action. Mr. Nguyen's motion for appointment as lead plaintiff and approval of lead plaintiff's selection of counsel is **granted**. Mr. Virk's motion for appointment as lead plaintiff and approval of lead plaintiff's selection of counsel is **denied**. Pursuant to 15 U.S.C. §§ 78U-4(a)(3)(B), Mr. Nguyen is appointed to serve as lead plaintiff in the above-captioned matter and any subsequently filed or transferred actions that relate to the above-captioned action, this consolidated action shall proceed with Mr. Nguyen as the lead plaintiff and Kaplan Fox & Kolsheimer as lead class counsel. The Clerk is directed to close Docket Nos. 12, 16, 19, and 21 in 20 Civ. 3349, Docket Nos. 9 and 13 in 20 Civ. 04777, and Docket Nos. 8 and 12 in 20 Civ. 04072.

The parties are directed to submit a stipulation by **September 25, 2020,** outlining the schedule for the filing of an amended consolidated class complaint and the defendants' answer or motions, if any.

**SO ORDERED.**

**Dated:    New York, New York**
           **September 17, 2020**

                                        /s/ John G. Koeltl
                                         John G. Koeltl
                                    **United States District Judge**