UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL YANNES, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

- against -

SCWORX CORP., and MARC S. SCHESSEL,

    Defendants.

20-cv-03349 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a teleconference on Thursday, June 24, 2021 at 2:30 p.m. Dial-in number: 888-363-4749, access code 8140049.

SO ORDERED.

Dated: New York, New York
June 21, 2021

    /s/ John G. Koeltl
    John G. Koeltl
    United States District Judge

1