UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIEL YANNES, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

- against -

SCWORX CORP., and MARC S. SCHESSEL,

    Defendants.

20-cv-03349 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to submit a Rule 26(f) report by July 9, 2021.

SO ORDERED.

Dated: New York, New York
June 21, 2021

/s/ John G. Koeltl
John G. Koeltl
United States District Judge