

Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Phone: 212.687.1980
Fax: 212.687.7714
Email: mail@kaplanfox.com
www.kaplanfox.com

January 5, 2022

**VIA CM/ECF**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl St., Courtroom 14A
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

1/5/22   John G. Koeltl, U.S.D.J.

RE:   *Yannes v. SCWorx Corp.*, No. 20-cv-3349-JGK (S.D.N.Y.)

Dear Judge Koeltl:

    We are counsel for Lead Plaintiff Vy Nguyen in the above-referenced action and write to inform the Court that on December 20, 2021, the parties reached an agreement-in-principle to resolve this matter. In light of the parties' agreement-in-principle, we jointly move the Court to stay the proceedings through January 28, 2022 to enable the parties to prepare and execute a stipulation of settlement and motion for preliminary approval of the settlement.

    Thank you for giving this matter the Court's consideration, and the parties remain available to answer any questions Your Honor may have about this application at the Court's convenience.

Respectfully submitted,

/s/ *Melinda D. Campbell*