UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIEL YANNES, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

- against -

SCWORX CORPORATION and MARC S. SCHESSEL,

                Defendants.

20-cv-3349 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Lead Plaintiff has moved for Preliminary Approval of a Class Action Settlement. Any responses should be filed by February 28, 2022. Any replies should be filed by March 11, 2022. The Court will hold a hearing on the motion, by telephone, on March 21, 2022, at 11:00 a.m. Dial-in: (888) 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           February 15, 2022

                                        John G. Koeltl
                                United States District Judge