```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
———————————————————————

DANIEL YANNES,

                Plaintiff,

          20-cv-3349 (JGK)

    - against –

          ORDER

SCWORX CORP., ET AL.,

                Defendants.

———————————————————————

**JOHN G. KOELTL, District Judge:**

    The motion to withdraw, ECF No. 96, is **granted**.

**SO ORDERED.**

Dated:    New York, New York
            June 16, 2023

                                 /s/ John G. Koeltl
                                  John G. Koeltl
                           **United States District Judge**